## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, : : : Plaintiff, : : v. : : OFFICE OF ADMINISTRATION, : : Defendant. : : | Civil Action No. 07-964 (CKK) |

### PLAINTIFF'S NOTICE TO THE COURT AND DEFENDANT

On June 1, 2007, the Court held a telephone conference in the above-captioned matter to discuss resolution of plaintiff's pending motion for a preliminary injunction ("PI Motion") absent litigation. One of the specific issues discussed was whether plaintiff would agree to defendant Office of Administration's ("OA") proposal that it be given until August 25, 2007, to respond to that part of plaintiff's Freedom of Information Act request that seeks electronic versions of an assessment of the then-current email system that was written in approximately October 2002, or would instead seek to litigate the timing of the OA's response.

Based on the representations of defendant and its counsel, including the representation that the OA has already located paper versions of this document that it will process by June 21, 2007, plaintiff hereby gives notice that it does not seek to litigate the issue of the time-frame in which the OA must produce non-exempt electronic documents responsive to this part of

plaintiff's request, at least in the context of plaintiff's pending motion for a preliminary injunction.

                                          Respectfully submitted,

                                            /s/
                                        Anne L. Weismann
                                        D.C. Bar No. 298190
                                        Melanie Sloan
                                        D.C. Bar No. 434584
                                        Citizens for Responsibility and Ethics
                                        in Washington
                                        1400 Eye Street, N.W., Suite 450
                                        Washington, D.C.  20005
                                        (202) 408-5565

                                        Counsel for Plaintiff

Dated:  June 1, 2007