IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZEN FOR RESPONSIBILITY AND ETHICS IN WASHINGTON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OFFICE OF ADMINISTRATION )<br>)<br>Defendant. )<br>)<br>) | Civil Action No: 1:07-CV-00964 (CKK) |

**NOTICE OF APPEARANCE**

NOTICE IS GIVEN that lead counsel for defendant Office of Administration is the following attorney:

    JEAN LIN
    Trial Attorney
    Federal Programs Branch,
    Department of Justice, Civil Division
    20 Massachusetts Ave., N.W.
    Washington, D.C. 20530
    Tel.: (202) 514-3716
    Fax: (202) 514-8470
    E-mail: jean.lin@usdoj.gov

Dated: June 1, 2007

                                          Respectfully submitted,

                                          PETER D. KEISLER
                                          Assistant Attorney General

                                          JEFFREY A. TAYLOR
                                          United States Attorney

                                          JOHN TYLER

Senior Trial Counsel
Federal Programs Branch


____/s/_____
JEAN LIN
Trial Attorney
Federal Programs Branch
Department of Justice, Civil Division

Counsel for Defendant