IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZEN FOR RESPONSIBILITY AND ETHICS IN WASHINGTON )<br>)<br>)<br>    Plaintiff,    )<br>)<br>        v.    )<br>)<br>OFFICE OF ADMINISTRATION    )<br>)<br>    Defendant.    )<br>)<br>)<br>) | Civil Action No: 1:07-CV-00964 (CKK) |

**DEFENDANT'S RESPONSE TO DEFENDANT'S NOTICE
TO THE COURT AND DEFENDANT**

Defendant Office of Administration ("OA") hereby responds to plaintiff's Notice to the Court and Defendant withdrawing CREW's motion for a preliminary injunction. In that Notice, plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") stated that it does not seek to litigate the issue of time-frame regarding electronic versions of an assessment of the then current-email system that was written in approximately October 2002 – *i.e.*, the electronic versions of all iterations of the assessment identified in category 5 of CREW's May 29, 2007, letter to OA. CREW further stated that it is withdrawing the preliminary injunction motion "based on the representations of defendant and its counsel, including the representation that the OA has already located paper version *of this document* that it will process by June 21, 2007" (emphasis supplied). OA, however, made no such representation during the telephone conference with the Court on June 1, 2007, nor at any other time. Rather, OA represented that it has located certain paper files within which records responsive to category 5 might exist, and that

OA will be able to go through those paper files and provide a response to CREW by June 21, 2007.

Dated: June 1, 2007

                                         Respectfully submitted,

                                         PETER D. KEISLER
                                         Assistant Attorney General

                                         JEFFREY A. TAYLOR
                                         United States Attorney

                                         JOHN TYLER
                                         Senior Trial Counsel
                                         Federal Programs Branch

                                         ___/s/_____
                                         JEAN LIN
                                         Trial Attorney
                                         Federal Programs Branch
                                         Department of Justice, Civil Division
                                         20 Massachusetts Ave., N.W.
                                         Washington, D.C. 20530
                                         Tel.: (202) 514-3716
                                         Fax: (202) 514-8470
                                         E-mail:  jean.lin@usdoj.gov

                                         Counsel for Defendant