UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>   Plaintiff,<br><br>   v.<br><br>OFFICE OF ADMINISTRATION,<br><br>   Defendants. | Civil Action No. 07-964 (CKK) |

**ORDER**
(June 4, 2007)

A conference call was held on the record at 10:00 a.m. on Friday, June 1, 2007 to discuss the resolution of the motion for a Temporary Restraining Order/Preliminary Injunction filed by Plaintiff, Citizens for Ethics and Responsibility in Washington ("CREW"). Present on the conference call were counsel for both parties, as well as Keith Roberts, the Deputy General Counsel of OA. CREW's TRO/PI sought an order requiring Defendant, the Office of Administration ("OA") to immediately process CREW's Freedom of Information Act ("FOIA") request and disclose the requested records within 10 days. By letter to counsel for the OA on May 29, 2007, CREW further specified its priorities with respect to its TRO/PI as follows:

   1. We are seeking copies of the histograms that were prepared between October 2005 and January or February 2006 that provide a day-to-day detailed numeric count of the archived e-mails on the EOP servers and any documents reflecting an aggregation of this data.

   2. We are seeking the analyses of the data that were performed during that same time period and that include spreadsheets summarizing the data by EOP component. It is our understanding that there are approximately 14-18 different versions of these spreadsheets and that, among others, counsel for the OA has copies. We understand that the workbook or workbooks containing this

documentation and assessment of the missing email include color-coded spreadsheets and, accordingly, request that we also be provided with color copies.

3. We are seeking copies of all iterations of the recovery plan that was developed in response to this problem, including the written power-point presentation that was presented in approximately January 2006 to then-White House Counsel Harriet Miers.

4. We seek all emails discussing or referring to any aspects of these three categories of documents from the time period September 2005 to the present. Please note that our request for emails includes any attachments that are responsive to our request.

5. We seek copies of an assessment of the then-current email system that was written in approximately October 2002, and that includes an assessment of the features that a new email archiving system would need to have. We seek all iterations of this assessment, including the one that was presented to then-White House Counsel Alberto Gonzales.

6. We seek copies of all statement of work, requests for proposals and requests for quote that OA issued or that were issued on behalf of OA for the analyses, design, implementation and support of EOP email systems implementation, migration and email records management. Our first priority with respect to this category is any such documents from January 2003 through July 2006. In addition, we are especially interested in documents related to the email archiving system that was developed and tested by the fall of 2005, but was never implemented.

*See* May 29, 2007 Letter from A. Weismann to J. Lin. The Court held previous conference calls on the record regarding the resolution of CREW's TRO/PI on May 24, 2007 and May 30, 2007. The discussions held on the record are incorporated in and made part of this Order.

During the course of the June 1, 2007 conference call, the parties agreed to a schedule for production that will resolve CREW's TRO/PI. Accordingly, it is, this 4th day of June, 2007, hereby

**ORDERED** that, with respect to Categories 1 through 4, described above:

1. On or before June 21, 2007, OA shall review the universe of 30,000-plus e-mails culled by OA in response to a previous request for documents regarding missing e-mails and

failure to archive e-mails, and shall produce to CREW all documents that are responsive to Categories 1 through 4, described above. These 30,000-plus e-mails cover the time period between September 2005 and February 3, 2006.

    2. In addition to producing copies of e-mails, on or before June 21, 2007, OA shall review and produce copies of paper documents that are responsive to Categories 1 through 4.

    3. In the event that CREW determines that the two productions described above are not fully responsive to Categories 1 through 4, OA shall initiate an electronic search for documents responsive to Categories 1 through 4 that date from the time period between February 3, 2006 and February 28, 2006. OA has indicated that this search shall be complete, and that the responsive documents shall be reviewed and ready for production no later than August 24, 2006.

    4. Counsel for CREW shall work to craft a list of search terms that CREW believes will lead to the identification of documents responsive to Category 4, and dated between February 3, 2006 and February 28, 2006. OA has committed to conducting such searches upon receipt of a list of appropriate search terms from CREW. It is further

    **ORDERED** that, with respect to Category 5, described above:

    1. On or before June 21, 2007, OA shall review and produce copies of paper documents responsive to Category 5.

    2. In addition, OA shall initiate a search for electronic documents responsive to Category 5. OA has indicated that this search shall be complete, and that the responsive documents shall be reviewed and ready for production no later than August 24, 2006.[1] It is further

---

[1] During the June 1, 2007 conference call on the record, counsel for CREW did not affirmatively accept OA's offer to search for and produce electronic documents responsive to Category 5 on or before August 24, 2006. However, by Notice dated June 1, 2007, CREW informed the Court that CREW did not intend to litigate the issue of the time frame in which OA would produce such documents. *See* Notice, *Citizens for Responsibility and Ethics in*

**ORDERED** that, with respect to Category 6, described above:

1. On or before June 21, 2007, OA shall review and produce copies of documents responsive to Category 6 that are currently within OA's possession.

2. In addition, OA shall initiate a search for documents responsive to Category 6 that are in the possession of the Department of the Interior, and shall furnish the Court and CREW with notice of when OA expects to be able to produce such documents to CREW. It is further

**ORDERED** that, in light of the foregoing, it appears that the issues raised in CREW's TRO/PI motion have been resolved. CREW's TRO/PI [3] is therefore DENIED.

**SO ORDERED.**

                                                           */s/*
                                                    COLLEEN KOLLAR-KOTELLY
                                                    United States District Judge

---

*Washington v. Office of Administration*, Civil Action No. 07-964 (D.D.C. Jun. 1, 2007). Accordingly, it appears to the Court that this issue has been resolved as set forth above.