IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZEN FOR RESPONSIBILITY AND ETHICS IN WASHINGTON ) ) ) ) Plaintiff, ) ) v. ) ) OFFICE OF ADMINISTRATION ) ) Defendant. ) ) ) ) | Civil Action No: 1:07-CV-00964 (CKK) |

## ORDER

Upon consideration of Defendant's Unopposed Motion for Clarification of the Court's June 4, 2007 Order, it is hereby

ORDERED that the motion is GRANTED, it is further

ORDERED that the first sentence of paragraph 4, page 3, of the June 4, 2007 Order shall be revised as follows: "Counsel for CREW shall work to craft a list of search terms that CREW believes will lead to the identification of documents responsive to Category 4, and dated between March 1, 2006 and the present"; it is further

ORDERED that OA's obligation under the June 4, 2007 Order is to process and respond to CREW's FOIA requests (as defined in CREW's May 29, 2007 letter to counsel for OA), which includes the production of any responsive, non-exempt documents by the deadlines set forth in the Order.

Dated: June 7, 2007

_____
UNITED STATES DISTRICT JUDGE