UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>   Plaintiff,<br><br>   v.<br><br>OFFICE OF ADMINISTRATION,<br><br>   Defendants. | Civil Action No. 07-964 (CKK) |

**ORDER**
(June 28, 2007)

This case comes before the Court upon the filing of Defendant's Answer to Plaintiff's Complaint in which Defendant admits that, as of the filing of Plaintiff's Complaint it had not yet responded to Plaintiff's FOIA requests, filed April 17 and April 19, 2007. In light of this filing, it is this 28th day of June, 2007, hereby

**ORDERED** that the parties shall confer and propose a schedule for proceeding in this matter. The schedule should address the status of Plaintiff's FOIA requests, the anticipated number of documents responsive to Plaintiff's FOIA requests, the anticipated date(s) for release of the documents requested by Plaintiff, whether a motion for an *Open America* stay is likely in this case, whether a *Vaughn* index will be required in this case, etc. The parties shall file the schedule not later than July 27, 2007.

   **SO ORDERED.**

                                                                         */s/*_____
                                                                         COLLEEN KOLLAR-KOTELLY
                                                                         United States District Judge