IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZEN FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, Plaintiff, <br><br> v. <br><br> OFFICE OF ADMINISTRATION, Defendant. | Civil Action No: 1:07-CV-00964 (CKK) |

DEFENDANT'S UNOPPOSED MOTION AND MEMORANDUM IN SUPPORT
THEREOF FOR AN ENLARGEMENT OF TIME TO RESPOND TO
PLAINTIFF'S MOTION TO MODIFY ORDER

Defendant, the Office of Administration, hereby moves under Fed. R. Civ. P. 6(b) for an enlargement of time of three days, up to and including Thursday, July 19, 2007, within which to respond to plaintiff's "Motion to Modify Order." Pursuant to LCvR 7(m), the undersigned counsel has conferred about this request with opposing counsel, who does not object to defendant's motion for more time.

The additional time requested herein is necessary owing to the fact that Jean Lin, counsel of record for defendant, has been and continues to be absent from the office and on travel for the week of June 9 to June 16, 2007. Owing to Ms. Lin's absence for this period of time, she has not had sufficient opportunity to prepare, in final, defendant's opposition to plaintiff's Motion to Modify Order within the time normally contemplated by the Court's local rules. The very short enlargement of time that defendant requests, only three days, will enable counsel to return to the

office and thereafter prepare for filing defendant's opposition to plaintiff's motion by Thursday, June 19, 2007.  The granting of this request will not impact upon any Orders issued by this Court.

CONCLUSION

For the foregoing reasons, defendant respectfully requests that its motion be granted.

> Respectfully submitted,
>
> PETER D. KEISLER
> Assistant Attorney General
>
> JEFFREY A. TAYLOR
> United States Attorney
>
> JOHN R. TYLER
> Senior Trial Counsel
>
>       */s/* John R. Tyler
> JEAN LIN  (NY#4074530)
> Federal Programs Branch, Civil Division
> United States Department of Justice
> 20 Massachusetts Ave., N.W.
> Washington, D.C.  20530
> Tel: (202) 514-3716
> Fax: (202) 616-8407
> E-mail: jean.lin@usdoj.gov
>
> Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZEN FOR RESPONSIBILITY AND ETHICS IN WASHINGTON | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )  Civil Action No: 1:07-CV-00964 (CKK) |
| OFFICE OF ADMINISTRATION | )<br>)<br>) |
| Defendant. | )<br>)<br>)<br>) |

## ORDER

Upon consideration of defendant's unopposed motion for an enlargement of time to respond to plaintiff's Motion to Modify Order, it is hereby

ORDERED that defendant's motion is granted, whereby defendant has until Thursday, June 19, 2007, to file its opposition to plaintiff's motion.

_____
U.S. DISTRICT COURT JUDGE

This \_\_\_ day of _____ 2007.