UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>　　Plaintiff,<br><br>　　v.<br><br>OFFICE OF ADMINISTRATION,<br><br>　　Defendants. | Civil Action No. 07-964 (CKK) |

**ORDER**
(August 7, 2007)

　　On June 4, 2007, the Court issued an Order setting forth the schedule agreed-upon by the parties to the above-captioned action for resolving the then-pending motion for preliminary injunction filed by Plaintiff, Citizens for Responsibility and Ethics in Washington ("CREW"). The Court's June 4, 2007 Order required the identification and processing of six categories of documents identified by CREW as priorities for its motion for preliminary injunction, and was clarified by a subsequent June 7, 2007 Order. On July 27, 2007, the parties filed a Joint Status Report setting forth the productions that have been made thus far in compliance with the Court's June 4 and June 7 Orders, and raising a number of issues as to how this matter should proceed. Specifically, Defendant, the Office of Administration ("OA"), has raised an issue as to whether OA is an agency subject to FOIA and intends to file a motion to dismiss this action on that ground. In addition, on July 2, 2007, CREW filed a motion to modify the Court's June 4 and June 7, 2007 Orders, seeking to require OA to provide for those documents already produced as well as all future productions, a description of the withheld documents and an identification of

the exemption being claimed for each withheld document, including, where appropriate, the nature of the exemption. CREW's motion to modify is now ripe.

CREW opposes OA's attempt to raise the issue of whether OA is an agency subject to FOIA at this point in time; however, in the event that the Court determines that briefing on that issue is appropriate at this point in time, CREW proposes a schedule for such briefing that is shorter than the schedule proposed by OA. The Court notes that whether OA is an agency subject to FOIA is, in fact, a dispositive issue. Accordingly, the Court shall allow OA to brief the issue, but shall require such briefing on a shorter schedule than that proposed by the OA.

In addition, the Court notes that both parties agreed to the schedule set forth in the Court's June 4 and June 7, 2007 Orders, and are therefore required to comply with all specific deadlines therein. Specifically the Court notes that OA is required, on or before August 24, 2007, to complete its electronic searches for and processing of documents responsive to CREW's Categories 1 through 4 dating from the time period between February 3, 2006 and February 28, 2006, as well as documents responsive to Category 5. As to the other categories of documents contemplated by the Court's June 4 and June 7, 2007 Orders, CREW maintains that it cannot satisfy its remaining obligations without the additional information requested in its July 2, 2007 motion to modify. The Court shall, however, hold that motion in abeyance pending resolution of OA's motion to dismiss. In the event that the Court denies OA's motion to dismiss, the Court shall set a status conference at which the Court shall address the parties' remaining obligations under the Court's June 4 and June 7, 2007 Orders.

Accordingly, it is this 7th day of August, 2007, hereby

**ORDERED** that OA shall file its opening brief in support of its motion to dismiss on or before August 21, 2007; CREW shall file its brief in opposition to OA's motion to dismiss on or

before September 4, 2007; and OA shall file its reply brief in further support of its motion to dismiss on or before September 11, 2007. It is further

**ORDERED** that the parties shall comply with the fixed deadlines set forth in the Court's June 4 and June 7, 2007 Orders. In particular, OA shall, on or before August 24, 2007, complete its electronic searches for and processing of documents responsive to Categories 1 through 4 dating from the time period between February 3, 2006 and February 28, 2006, as well as documents responsive to Category 5.

**SO ORDERED.**

 /s/
COLLEEN KOLLAR-KOTELLY
United States District Judge