IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZEN FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>OFFICE OF ADMINISTRATION, <br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No: 1:07-CV-00964 (CKK)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO SUPPLEMENT OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS

Defendant Office of Administration ("OA") hereby responds to plaintiff's motion to supplement its opposition to defendant's motion for judgment on the pleadings. As the undersigned informed plaintiff's counsel shortly after plaintiff's motion to supplement was filed, OA does not oppose the motion.

Dated:   September 26, 2007

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　PETER D. KEISLER
　　　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　　　　JEFFREY A. TAYLOR
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　JOHN TYLER
　　　　　　　　　　　　　　　　　　　　　　　Senior Trial Counsel
　　　　　　　　　　　　　　　　　　　　　　　Federal Programs Branch

　　　　　　　　　　　　　　　　　　　　　　　____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　JEAN LIN
　　　　　　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　　　　　Federal Programs Branch

Department of Justice, Civil Division
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
Tel.: (202) 514-3716
Fax: (202) 514-8470
E-mail: jean.lin@usdoj.gov

Counsel for Defendant