**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITIZEN FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>OFFICE OF ADMINISTRATION,  )<br>)<br>Defendant.  )<br>) | Civil Action No: 1:07-CV-00964 (CKK) |

**PLAINTIFF'S MOTION TO SHORTEN DEFENDANT'S TIME TO RESPOND TO
PLAINTIFF'S MOTION FOR IMMEDIATE STATUS CONFERENCE
AND SUPPORTING MEMORANDUM**

Plaintiff CREW[1] hereby requests that the Court shorten defendant's time to respond to plaintiff's motion for an immediate status conference, which was filed simultaneously with this filing. As grounds for this motion, plaintiff states as follows.

Today plaintiff has filed a motion requesting that the Court schedule an immediate status conference in light of recent significant developments relevant to this litigation. As CREW's motion explains, given both the public statements of the White House and the declaration of Theresa Payton, chief information officer for defendant Office of Administration ("OA"), there is a possibility, if not likelihood, that documents directly responsive to CREW's Freedom of Information Act request at issue here have been destroyed.

Given this state of affairs, it is imperative that this Court schedule a status conference to discuss these developments. For the same reason, plaintiff is requesting that defendant's time to

---

[1] CREW is the acronym for plaintiff Citizens for Responsibility and Ethics in Washington.

respond to this motion be shortened to Tuesday, January 22, 2008, and plaintiff's time to file a reply be shortened to January 23, 2008.

## CONCLUSION

For the foregoing reasons plaintiff respectfully requests that defendant's time to respond to plaintiff's motion for immediate status conference be shortened and that the Court enter the attached proposed order.

Pursuant to LCvR 7(m) undersigned counsel contacted Jean Lin, counsel for defendant, who stated that defendant opposes this motion.

                                          Respectfully submitted,

                                          /s/
                                          Anne L. Weismann
                                          (D.C. Bar No. 298190)
                                          Melanie Sloan
                                          (D.C. Bar No. 434584)
                                          Citizens for Responsibility and Ethics
                                          in Washington
                                          1400 Eye Street, N.W., Suite 450
                                          Washington, D.C. 20005
                                          Phone: (202 408-5565
                                          Fax: (202) 588-5020

Dated: January 18, 2008                        Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITIZEN FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, ) ) ) Plaintiff, ) ) v. ) ) OFFICE OF ADMINISTRATION, ) ) Defendant. ) ) | Civil Action No: 1:07-CV-00964 (CKK) |

**[PROPOSED] ORDER**

The Court having considered plaintiff's motion to shorten defendant's time to respond to plaintiff's request for an immediate status conference, defendant's response and the entire record herein, it is hereby

ORDERED that plaintiff's motion is GRANTED and that defendant shall file its response to plaintiff's motion for an immediate status conference by January 22, 2008, and plaintiff shall file its reply in this matter by January 23, 2008.


DATED: _____                    _____
                                          COLLEEN KOLLAR-KOTELLY
                                          United States District Judge