**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITIZEN FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,            )<br>)<br>                              Plaintiff,    )<br>)<br>v.                            )<br>)<br>OFFICE OF ADMINISTRATION,       )<br>)<br>                              Defendant.    )<br>) | Civil Action No: 1:07-CV-00964 (CKK) |

## **ERRATA**

On February 21, 2008, pursuant to the Court's Order of February 11, 2008, the parties in the above-captioned action filed a Joint Discovery Plan (Dkt. 34). The parties filing this plan were erroneously identified as including Judicial Watch. In fact, the Joint Discovery Plan was submitted only by the plaintiff and defendant. Accordingly, CREW respectfully requests that the filing be amended to reflect the proper filing parties.

Respectfully submitted,

     /s/
Anne L. Weismann
(D.C. Bar No. 298190)
Melanie Sloan
(D.C. Bar No. 434584)
Citizens for Responsibility and Ethics
in Washington
1400 Eye Street, N.W., Suite 450
Washington, D.C. 20005
Phone: (202 408-5565
Fax: (202) 588-5020

Dated:  February 22, 2008            Attorneys for Plaintiff