UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CITIZEN FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No: 1:07-CV-00964 (CKK) |
| OFFICE OF ADMINISTRATION, | ) ) ) | |
| Defendant. | ) ) | |

**PLAINTIFF'S MOTION AND SUPPORTING MEMORANDUM TO
SHORTEN DEFENDANT'S TIME TO RESPOND TO
PLAINTIFF'S MOTION TO COMPEL**

Plaintiff hereby moves to shorten defendant's time to respond to plaintiff's motion to compel in light of the upcoming close of discovery on March 28, 2008. As grounds for this motion plaintiff states as follows:

By Order dated February 11, 2008, this Court authorized the parties to conduct limited discovery to be completed by March 28, 2008. In a subsequent order of February 28, 2008, the Court expressly ruled that the deposition of OA Director Alan Swendiman "shall be scheduled so as to allow enough time for CREW to conduct, within the discovery deadline, any additional discovery that it believes is warranted based on Director Swendiman's deposition." Order of February 22, 2008, p. 4.

Plaintiff deposed Mr. Swendiman on March 13, 2008[1] and, based on his testimony, submitted to defendant a third set of requests for production of documents one day later on March 14, 2008.

---

[1] Plaintiff notes that it originally noticed the deposition for March 11, but agreed at the request of the defendant to reschedule it for March 13.

Defendant responded to this third set of document requests on March 20, 2008, objecting in total to all four of the requests and refusing to produce a single requested document. Accordingly, plaintiff is filing on this date a motion to compel.[2]

Under the Local Rules defendant has 10 days to respond to this motion, but adherence to this rule will extend defendant's response time to well after the close of discovery, March 28, 2008. Accordingly, plaintiff hereby requests that defendant be ordered to file its response by 5:00 on Tuesday, March 25, 2008, with plaintiff's reply due by 5:00 on Wednesday, March 26, 2008. Plaintiff will, of course, comply with any shorter briefing schedule that the Court may impose.

Pursuant to LCvR 7(m), counsel for plaintiff has consulted with counsel for defendant, who has stated that defendant opposes this motion but will make every effort to file its opposition as soon as it can and hopefully within the time period requested herein.

Dated: March 21, 2008                    Respectfully submitted,

                                                                                                                                   /s/
                                                  Anne L. Weismann
                                                  (D.C. Bar No. 298190)
                                                  Melanie Sloan
                                                  (D.C. Bar No. 434584)
                                                  Citizens for Responsibility and Ethics
                                                    in Washington
                                                  1400 Eye Street, N.W., Suite 450
                                                  Washington, D.C. 20530
                                                  Telephone: 202-408-5565
                                                  Fax: 202-508-506

                                                  Attorneys for Plaintiff

---

[2] This is the earliest date that plaintiff could file such motion, given that it did not receive the deposition transcript until the morning of March 21, 2008.