UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | |
| Plaintiff, | |
| v. | Civil Action No. 07-964 (CKK) |
| OFFICE OF ADMINISTRATION, | |
| Defendants. | |

**ORDER**
(March 30, 2008)

On March 28, 2008, the Court held a conference call on the record with counsel for all parties participating regarding CREW's [37] March 21, 2008 Motion to Compel, which sought the production of documents reflecting the date or dates on which OA: (1) stopped functioning as an agency subject to FOIA; (2) stopped functioning as an agency subject to the Federal Records Act ("FRA"); (3) started functioning as an entity subject to the Presidential Records Act ("PRA"); and (4) stopped functioning as an agency under any other federal statute. *See* CREW Mot. at 4; Ex. 1 (Doc. Request, Requests Nos. 10-13). Based on the discussion on the record during the conference call, it is this 30th day of March, 2008, hereby

**ORDERED** that CREW's [37] Motion to Compel is GRANTED-IN-PART and DENIED-IN-PART. Specifically, CREW's motion to compel documents responsive to its Request for Production No. 13 (the fourth request described above) is DENIED; it is further

**ORDERED** that CREW's [38] Motion to Shorten Defendant's Time to Respond to Its Motion to Compel is DENIED AS MOOT; it is further

**ORDERED** that with respect to any document(s) in OA's possession or control reflecting (1) OA's final decision after its deliberative process concluded regarding whether OA was an agency subject to FOIA; and (2) OA's final determination that it was subject to the PRA rather than the FRA, OA shall, on or before April 7, 2008, either produce the actual documents or shall produce a privilege log regarding those documents that sets forth the date of the documents in question and the legal grounds for any privilege(s) asserted; it is further

**ORDERED** that, in the event that OA asserts a privilege, CREW shall file its brief regarding that privilege invocation on or before April 14, 2008; it is further

**ORDERED** that OA shall file its responsive brief regarding any privilege invocation on or before April 18, 2008; it is further

**ORDERED** that, also on or before April 18, 2008, OA shall file an affidavit setting forth the answers to those questions posed by the Court during the March 28, 2008 conference call as to which defense counsel was unable to provide answers.  Specifically, OA shall indicate: (1) whether it asserted in writing that it was processing FOIA requests subject to its administrative discretion prior to doing asserting administrative discretion in connection with its June 2007 production of documents in response to CREW's FOIA request; (2) when OA ceased accepting FOIA requests for processing; and (3) whether OA has functioned in a manner consistent with the PRA since determining that it was subject to that statute rather than the FRA.  OA shall also provide answers to any additional questions left open during the March 28, 2008 conference call.

**SO ORDERED.**

_/s/_____
COLLEEN KOLLAR-KOTELLY
United States District Judge