IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OFFICE OF ADMINISTRATION, )<br>)<br>Defendant. )<br>)<br>)<br>) | Civil Action No: 1:07-CV-00964 (CKK) |

**DEFENDANT'S RESPONSE TO THE COURT'S MARCH 30, 2008 ORDER**

On March 28, 2008, this Court held a telephone conference with counsel, at the conclusion of which the Court granted in part and denied in part CREW's motion to compel the production of certain documents (dkt. #37). As memorialized in an Order issued on March 30, 2008, the Court ordered, among other things, that on or before April, 7, 2008, defendant, Office of Administration ("OA"), produce, or provide a privilege log of, "document(s) in OA's possession or control reflecting (1) OA's final decision after its deliberative process concluded regarding whether OA was an agency subject to FOIA; and (2) OA's final determination that it was subject to the [Presidential Records Act] rather than the [Federal Records Act]." Order of March 30, 2008 at 2. As the Court explained during the conference call, only the written "final agency decision" is responsive; submissions filed with the Court are not. *See* Transcript of March 28, 2008 at 9-10.

By this Response, OA advises the Court that it does not have a document that represents the final decision that OA is not subject to FOIA. Defendant notes, however, that the final

decision on that issue was made on August 21, 2007, and that defendant's prior motion for judgment on the pleadings filed in this case on August 21, 2007 reflects that final decision. Defendant further notes that prior to the filing of that motion, the Office of Legal Counsel ("OLC") of the Department of Justice had provided legal advice to the White House Counsel's Office regarding OA's status under FOIA. That legal advice was formalized in a memorandum to the White House Counsel's Office dated August 21, 2007. OLC's advisory memorandum was not the final decision and is therefore not responsive to the Court's instructions during the conference call on March 28, 2008 and under the Court's Order of March 30, 2008.

The determination that OA is subject to the Presidential Records Act ("PRA") and not to the Federal Records Act ("FRA") was not reached separately or independently from the decision that OA is not subject to FOIA. As will be discussed in the declaration to be provided on April 18, 2008, OA recognized that "coverage of the FRA is coextensive with the definition of 'agency' in the FOIA," *Armstrong v. EOP*, 90 F.3d 553, 556 (D.C. Cir. 1996); and that presidential records under the PRA do not include "official records of an agency," as the term "agency" is defined in the FOIA, 5 U.S.C. § 552(f). 44 U.S.C. 2201(2)(B)(I). Thus, the decision that OA is not subject to FOIA is also a decision that OA is not subject to the FRA but is subject to the PRA. OA has a document that reflects the August 21, 2007 decision that OA is subject to the PRA rather than the FRA. That document, which is dated August 31, 2007 and is attached as Exhibit 1, advised personnel working within OA that their records management obligations are governed by the PRA and not the FRA.

Dated: April 7, 2008                                Respectfully submitted,
                                                    JEFFREY S. BUCHOLTZ
                                                    Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Branch Director

    */s/* Jean Lin
JEAN LIN
Federal Programs Branch, Civil Division
United States Department of Justice
20 Massachusetts Ave., N.W.
Washington, D.C.  20530
Tel: (202) 514-3716
Fax: (202) 616-8407

Attorneys for Defendant

# Exhibit 1

**From:** Postmaster
**Sent:** Friday, August 31, 2007 12:59 PM
**To:** Postmaster
**Subject:** IMPORTANT MESSAGE FROM THE OFFICE OF ADMINISTRATION



### IMPORTANT MESSAGE FROM THE
### OFFICE OF ADMINISTRATION

Under applicable case law, the Office of Administration does not fall within the definition of "agency" set forth in the Freedom of Information Act (FOIA), 5 U.S.C. 552. Consequently, the applicable records management statute for OA is the Presidential Records Act rather than the Federal Records Act.

Unless and until otherwise instructed, you must preserve and maintain all documents, emails, and other materials created or received by you in the course of your official duties.

The mandatory annual OA ethics briefings, set for September 5, 6, and 12, will provide further guidance related to this direction. If questions arise in the meantime, please contact F. Andrew (Andy) Turley at ▓▓▓▓▓▓▓▓.

Thank you.

General Counsel
Office of Administration