IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>          Plaintiff,<br><br>    v.<br><br>OFFICE OF ADMINISTRATION,<br><br>          Defendant. | Civil Action No: 1:07-CV-00964 (CKK) |

**DEFENDANT'S NOTICE OF *EX PARTE* FILING**

Pursuant to the Court's April 28, 2008 Order, Defendant Office of Administration ("OA") will file on this 30th day of April under seal, for the Court's *in camera* and *ex parte* review, the August 21, 2007 memorandum prepared by the Office of Legal Counsel ("OLC") of the Department of Justice that formally memorialized OLC's legal advice to the White House Counsel's Office regarding OA's status under the Freedom of Information Act. A proposed order accompanies this Notice.

Dated: April 30, 2008

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Branch Director

    */s/* Jean Lin
JEAN LIN

Federal Programs Branch, Civil Division
United States Department of Justice
20 Massachusetts Ave., N.W.
Washington, D.C.  20530
Tel: (202) 514-3716
Fax: (202) 616-8407

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>    Plaintiff,<br><br>  v.<br><br>OFFICE OF ADMINISTRATION,<br><br>    Defendant. | Civil Action No: 1:07-CV-00964 (CKK) |

**ORDER**

  IT IS HEREBY ORDERED that the memorandum prepared by Office of Legal Counsel of the Department of Justice, dated August 21, 2007, regarding the Office of Administration's "agency" status under Freedom of Information Act, and filed *ex parte* in chambers by defendant on April 30, 2008 shall be placed under seal until further order from the Court.


Dated: _____            _____
                          United States District Judge