UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>　Plaintiff,<br><br>　v.<br><br>OFFICE OF ADMINISTRATION,<br><br>　Defendants. | Civil Action No. 07-964 (CKK) |

**ORDER**
(May 2, 2008)

For the reasons set forth in the accompanying Memorandum Opinion, it is this 2nd day of May, 2008, hereby

**ORDERED** that [43] CREW's Motion to Compel or Alternatively to Amend the Court's Order of March 30, 2008 to Require Defendant to Produce the OLC Opinion Addressing OA's Agency Status is DENIED; it is further

**ORDERED** that the memorandum prepared by the Office of Legal Counsel of the Department of Justice, dated August 21, 2007, regarding the Office of Administration's "agency" status under FOIA, and filed *ex parte* and *in camera* by Defendant on April 30, 2008, shall be placed under seal and shall remain under seal and *ex parte*.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　*/s/*　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　United States District Judge