UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>   Plaintiff,<br><br>   v.<br><br>OFFICE OF ADMINISTRATION,<br><br>   Defendants. | Civil Action No. 07-964 (CKK) |

**ORDER**
(June 16, 2008)

For the reasons set forth in the accompanying Memorandum Opinion, it is this 16th day of June, 2008, hereby

**ORDERED** that OA's [47] Motion to Dismiss is GRANTED; it is further

**ORDERED** that, as the Court's conclusion that OA is not an agency subject to the FOIA obviates OA's obligation to comply with CREW's FOIA request, CREW's [12] motion to modify this Court's scheduling orders, which was previously held-in-abeyance, is DENIED AS MOOT; it is further

**ORDERED** that this case is DISMISSED in its entirety.

**SO ORDERED.**

*This is a final, appealable Order.*

                                                                                /s/
                                                    COLLEEN KOLLAR-KOTELLY
                                                    United States District Judge