UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, ) ) ) Plaintiff, ) ) v. ) ) OFFICE OF ADMINISTRATION, ) ) Defendant. ) ) | Civil No. 07-0964 (CKK) |

NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") hereby appeals to the United States Court of Appeals for the District of Columbia Circuit form this Court's Order and Memorandum Opinion dated June 16, 2008 (Docket Numbers 53 and 54).

Respectfully submitted,

\_\_\_\_/s/_____
Anne L. Weismann
(D.C. Bar No. 298190)
Melanie Sloan
(D.C. Bar No. 434584)
Citizens for Responsibility and Ethics
  in Washington
1400 Eye Street, N.W., Suite 450
Washington, D.C.  20530
Telephone:  202-408-5565
Fax:  202-588-5020

Attorneys for plaintiff

Dated: June 16, 2008