UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON,

   Plaintiff,

   v.

OFFICE OF ADMINISTRATION,

   Defendants.

Civil Action No. 07-964 (CKK)

# ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is this 8th day of July, 2008, hereby

**ORDERED** that CREW's [56] Motion for Stay Pending Appeal is GRANTED-IN-PART and DENIED-IN-PART; it is further

**ORDERED** that, pending the resolution of CREW's expedited appeal or January 5, 2009, whichever is earlier, OA shall preserve all records, no matter how described, currently in its possession or under its custody or control, which are potentially responsive to CREW's April 16, 2007 and April 18, 2007 FOIA requests.  In addition, OA shall not transfer any potentially responsive records out of its custody or control without leave of this Court; it is further

**ORDERED** that, if CREW's appeal has not been resolved by January 5, 2009, CREW may, at that time, filed a renewed motion for stay pending appeal.

**SO ORDERED.**

                                             /s/
                                     COLLEEN KOLLAR-KOTELLY
                                     United States District Judge